**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00271-CR

### RICKY MORENO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00878-T**

## ORDER

Before the Court is appellant's October 29, 2018 final motion to extend the time to file his brief. Appellant has tendered a brief with his motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CRAIG STODDART
       JUSTICE